# Exhibit A

# UCC1 Financing Statement

 



Return to Uniform Commercial Code Search

Filing Record Details      ← back to search

Filing Detail

| | |
|---|---|
| File Number: | 357432200905 |
| Old File Number: | |
| Start Date: | 01/20/2009 10:54 |
| Lapse Date: | 01/20/2014 |
| Filing Type: | UCC |
| Filing Status: | ACTIVE |

**Certify Filing Number: 357432200905**

File UCC Continuation:
File UCC Termination:

[Search for Images]

Filing History:

**2 'Filing Transactions' were returned on Filing Number: 357432200905**

**Filing Type:** UCC 1 FILING STATEMENT    **Effective Date:** 01/21/2009 09:28
**Status:** ACTIVE    **Filing Method:** PAPER
**Description:** None

**Filing Type:** UCC 1AD ADDENDUM    **Effective Date:** 01/21/2009 09:31
**Status:** ACTIVE    **Filing Method:** PAPER
**Description:** None

Debtor:

| | | |
|---|---|---|
| ANARCHY ARTS, LLC | ACTIVE | exact search for "ANARCHY ARTS, LLC" |
| | **Effective Date:** 01/21/2009 09:28:28 | |
| 353 W. 200 S. # 103 SALT LAKE CITY UT 84102 | SALT LAKE CITY , UT | 84102 |

**Certify ALL Filings for this Exact Name: ANARCHY ARTS, LLC ($12 Fee)**
Certification is only valid for Exact Debtor Name or UCC Filing Number. Certification does not include "actual images" of Utah UCC financing statement filings. Certification will only include the data which has been submitted into the Utah UCC database. Page example attached. Variation in spelling of the debtor name which may include punctuation, spaces and data errors must be individually certified.
(search all filings for Organization # 6401774-0160)

Jurisdiction: UTAH    Organization ID: 6401774-0160  Organization Type: LLC

Search BES for "ANARCHY ARTS, LLC" to access Principal Information or purchase a Certificate of Existence

Debtor:

| DBA CUP OF JOE | ACTIVE | | exact search for "DBA CUP OF JOE" |
|---|---|---|---|
| | Effective Date: 01/21/2009 09:28:28 | | |
| 353 W. 200 S. #103 SALT LAKE CITY UT 84102 | SALT LAKE CITY , UT | 84102 | |

**Certify ALL Filings for this Exact Name: DBA CUP OF JOE ($12 Fee)**
Certification is only valid for Exact Debtor Name or UCC Filing Number. Certification does not include "actual images" of Utah UCC financing statement filings. Certification will only include the data which has been submitted into the Utah UCC database. Page example attached. Variation in spelling of the debtor name which may include punctuation, spaces and data errors must be individually certified.
(search all filings for Organization # 6402834-0151)

Jurisdiction: UTAH    Organization ID: 6402834-0151  Organization Type: DBA

Search BES for "DBA CUP OF JOE" to access Principal Information or purchase a Certificate of Existence

Secured Party:

| SHAWN GONZALES | | ACTIVE |
|---|---|---|
| | | Effective Date: 01/21/2009 09:31:26 |
| 1060 HENDERSON DRIVE OGDEN UT 84404 | OGDEN , UT | 84404 |

Search BES for "SHAWN GONZALES"

Secured Party:

| KRISTY GONZALES | | ACTIVE |
|---|---|---|
| | | Effective Date: 01/21/2009 09:28:28 |
| 1060 HENDERSON DRIVE OGDEN UT 84404 | OGDEN , UT | 84404 |

Search BES for "KRISTY GONZALES"

Collateral Description:

PLEASE SEE ATTACHED DOCUMENTATION OF COLLATERAL

Action: ADD
Effective Date: 01/20/2009 10:54:10

[ << BACK ]