**Brian W. Steffensen (3092)**
**Steffensen ❖ Law ❖ Office**
448 East 400 South, Suite 100
Salt Lake City, Utah 84111
Telephone (801) 485-3707
Facsimile (801) 485-7140
**Attorneys for Plaintiffs**

## IN THE UNITED STATES FEDERAL DISTRICT COURT
## STATE OF UTAH

| | |
|---|---|
| KRISTY A GONZALEZ, SHAWN A. GONZALES, ANARCHY ARTS LLC,<br><br>Plaintiffs,<br>vs.<br><br>ARTSPACE AFFORDABLE HOUSING, L.P.,<br><br>ARTSPACE RUBBER COMPANY, L.C.,<br><br>EVERGREEN MANAGEMENT GROUP, LLC,<br><br>THE LAW OFFICES OF KIRK A. CULLIMORE, LLC,<br><br>KIRK A. CULLIMORE, an individual,<br><br>**Defendants.** | **Replacement Exhibit A to Plaintiffs Kristy and Shawn Gonzalez' Motion for Partial Summary Judgment**<br><br><br>Civil No. 2:09-cv-465<br><br>Judge Brooke C. Wells |

The attached is a copy of the UCC 1 filed by the Gonzaleses and obtained from the Utah Division of Corporations.

**INFORMATION REQUEST**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT [optional] | FILING OFFICE ACCT # |
|---|---|
| Brian W. Steffensen (801) 860-3707 | |

B. RETURN TO: (Name and Address)

Brian W. Steffensen
Steffensen Law Firm
448 East 400 South, Suite 100
Salt Lake City, UT 84111

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

09-26-11P03:27 RCVD

1. DEBTOR NAME to be searched - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **Anarchy Arts, LLC**

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2. INFORMATION OPTIONS relating to UCC filings and other notices on file in the filing office that include as a Debtor name the name identified in item 1:

2a. SEARCH RESPONSE ☐ CERTIFIED (Optional)
Select one of the following two options: ☑ ALL (Check this box to request a response that is complete, including filings that have lapsed.) ☐ UNLAPSED

2b. COPY REQUEST ☐ CERTIFIED (Optional)
Select one of the following two options: ☑ ALL ☐ UNLAPSED

2c. SPECIFIED COPIES ONLY ☐ CERTIFIED (Optional)

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
| 357432200905 | 01/20/2009 | UCC-1 original, continuation stmt, termination |
| | | |
| | | |
| | | |
| | | |
| | | |

3. ADDITIONAL SERVICES:

4. DELIVERY INSTRUCTIONS (request will be completed and mailed to the address shown in item B unless otherwise instructed here):
4a. ☐ Pick Up
4b. ☐ Other
Specify desired method here (if available from this office); provide delivery information (e.g., delivery service's name, addressee's account # with delivery service, addressee's phone #, etc.)

FILING OFFICE COPY (1) — NATIONAL INFORMATION REQUEST (FORM UCC11) (REV 05/09/01)

Date: 01/20/2009
Receipt Number: 2730709
Amount Paid: $48.00

357432200905

**RECEIVED**
**JAN 2 0 2009**
Utah Div. Of Corp. & Comm. Code

BW

01-20-09A10:54 RCVD

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Kristy Gonzales
c/o Steffensen Law Office
2159 S. 700 E, STE. 240
Salt Lake City, UT

1-AD
2-A

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Anarchy Arts, LLC** | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 353 W. 200 S. # 103 | Salt lake city | ut | 84102 | usa |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: utah | 1g. ORGANIZATIONAL ID #, if any: 6401774-0160 □ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **dba Cup of Joe** | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 353 W. 200 S. #103 | Salt lake city | ut | 84102 | usa |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: dba | 2f. JURISDICTION OF ORGANIZATION: utah | 2g. ORGANIZATIONAL ID #, if any: 6402834-0151 □ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| **Gonzales** | **Kristy** | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1060 Henderson Drive | Ogden | UT | 84404 | |

**4. This FINANCING STATEMENT covers the following collateral:**

PLEASE SEE ATTACHED DOCUMENTATION OF COLLATERAL

5. ALTERNATIVE DESIGNATION (if applicable): □ LESSEE/LESSOR  □ CONSIGNEE/CONSIGNOR  □ BAILEE/BAILOR  □ SELLER/BUYER  □ AG. LIEN  □ NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   □ All Debtors  □ Debtor 1  □ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

3574322200905

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

10. MISCELLANEOUS:

(BW)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

01-20-09A10:54 RCVD

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME  Gonzales | FIRST NAME  Shawn | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS  1060 Henderson Drive | CITY  Ogden | STATE  UT | POSTAL CODE  84404 | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing
14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate
18. Check only if applicable and check only one box
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

2130109

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

Shawn & Kristy Gonzales:

| ITEM | AMOUNT |
|---|---|
| COFFEE ROASTER | 20000.00 |
| ESPRESSO MACHINE | 4000.00 |
| (2) 2 POT BREWERS | 1000.00 |
| 4 ESPRESSO CUPS | 60.00 |
| 4 MILK STEAMERS | 40.00 |
| 1 LEATHER COUCH | 600.00 |
| 1 LEATHER LOVE SEAT | 400.00 |
| 1 LEATHER CHAIR AND FOOT STOOL | 300.00 |
| 10 TABLES | 1000.00 |
| 60 CHAIRS | 3000.00 |
| 2 UNDER COUNTER FRIDGES | 1200.00 |
| 1 LARGE COMMERCIAL FRIDGE | 1000.00 |
| 1 LARGE COMMERCIAL FREEZER | 1000.00 |
| 16 FOOT ICE CREAM DIPPING CASE (8) CANS | 3800.00 |
| 16 FOOT SANDWICH FRIDGE | 600.00 |
| 1 ICE CREAM MACHINE | 1600.00 |
| 1 CREPE STATIONS WITH 2 BURNERS | 600.00 |
| 1 ANTIQUE TIRE SCALE | 20000.00 |
| 1 PUMP FOR GREASE TRAP | 350.00 |
| 1 HAND SINK | 50.00 |
| (1) 3 COMPARTMENT SINK | 500.00 |
| 6 SHELVING UNITS | 600.00 |
| 3 PAPER TOWEL DISPENSERS | 90.00 |
| 3 SOAP DISPENSERS | 60.00 |

01-20-09A10:54 RCVD

| | |
|---|---|
| 1 CASE OF SOAP FOR THE DISPENSERS | 56.00 |
| 1 STAINLESS STEEL TABLE | 120.00 |
| 20 DINNER PLATES | 200.00 |
| 20 SMALLER PLATES | 100.00 |
| 20 MUGS DIFFERENT SIZES | 100.00 |
| 2 CABINETS | 200.00 |
| 1 LAMP | 100.00 |
| 1 LIGHT FOR FOOD PREP + INSTALLATION COSTS | 250.00 |
| 2 SMALL END TABLES | 100.00 |
| 1 COFFEE MUG ART PIECE | 800.00 |
| 20 LIGHT FIXTURES | 100.00 |
| 50 COFFEE SYRUPS | 175.00 |
| 1 TABLE 6 FEET LONG | 100.00 |
| 1 LARGE SAFE | 1000.00 |
| 1 COUNTER TOPS AND CABINETS (6 FEET) | 500.00 |
| 1 COUNTER WITH DRAWERS FOR COFFEE | 800.00 |
| 6 WHITE BOOK SHELVES | 300.00 |
| 1 OLDER ICE MACHINE | 1000.00 |
| 1 PASTRY CASE | 1500.00 |
| TOTAL | 69351.00 |

01-20-09A10:54 RCVD

## Certificate of Mailing

I hereby certify that on the __6th___ day of __October_____, 2011, that I caused a true and correct copy of the foregoing instrument to be ____mailed, postage prepaid; and/or_____hand delivered by ____fax and/or by ____xx___ email via the Court's efile system, and/or by____courier; to:

LISA A. MARCY, ESQ. (5311)
MARCY LAW FIRM , PLLC
lisa@marcylaw.net
Attorneys for The Law Offices of Kirk A. Cullimore, LLC.

The Law Offices of Kirk A. Cullimore, L.L.C.
Kirk A. Cullimore #3 640
Derek J. Barclay #9 127
litigation@cullimore.net
Attorneys for Defendants Artspace Affordable Housing, L.P., Artspace Rubber Company, L. C., Evergreene Management Group, LLC

　　　　　　　　　　__S/___Brian W. Steffensen_____